463 A.2d 49

Commonwealth v. Matherly, Appellant.

Petition for Allowance of Appeal Denied Mar. 19, 1984.

Submitted December 16, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

Judgment of sentence affirmed.

---

463 A.2d 49

Commonwealth v. Sawyer, Appellant.

Petition for Allowance of Appeal
Denied Feb. 27, 1984.

Submitted April 28, 1983. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Judgment of sentence affirmed.